

Chung & Press, LLC
6404 Ivy Lane, Suite 730
Greenbelt, Maryland 20770
301.924.4400
Fax: 240.627.4186
BankruptcyLawMaryland.com
Chung-Press.com

# INVOICE

**DATE: March 20, 2014**
**INVOICE # 14103201**

**Bill To:**
Mr. David Graham
Ms. Barbara Graham
42279 Brook Manor Road
Mechanicsville, Maryland 20659

**For:**
Representation in Chapter 11 Bankruptcy
BK No. 13-2-3995 PM

| DATE | DESCRIPTION | TIME | AMOUNT |
|---|---|---|---|
| 5/21/13 | Telephone conference with Ms. Graham re: filing. | 1.00 | |
| 5/23/13 | Initial Meeting with clients. Prepare retainer agreement. | 2.40 | |
| 5/24/13 | Email from Ms. Graham re: income. | 0.10 | |
| 5/28/13 | Telephone conference with Ms. Graham re: taxes. | 0.20 | |
| 6/6/13 | Email from Ms. Graham re: allowable expenses. Telephone conference with Ms. Graham re: same. | 1.40 | |
| 6/7/13 | Review and analyze property data. Email to clients re: same. | 1.10 | |
| 6/19/13 | Telephone conference with Ms. Graham re: filing. | 0.50 | |
| 7/8/13 | Email from Ms. Graham re: foreclosure notices and loan modification. | 0.10 | |
| 7/15/13 | Review Questionnaire and documents; draft schedules. | 2.50 | |

C&P

Mr. David Graham
Ms. Barbara Graham
March 20, 2014
Page 2
_____

| DATE | DESCRIPTION | TIME | AMOUNT |
|---|---|---|---|
| 8/16/13 | Meeting with clients to review schedules, answer questions. Signing and filing of documents. Prepare and file Application to Employ. | 2.80 | |
| 8/18/13 | Email from Ms. Graham re: bank accounts, insurance, budget, claims and coin collection. | 0.20 | |
| 8/22/13 | Email from Ms. Jacobs with Chapter 11 Guidelines and IDI requirements. Email to clients. | 0.20 | |
| 8/23/13 | Letters to clients re: Chapter 11 Guidelines, post-filing requirements, IDI and Meeting of Creditors. | 0.30 | |
| 8/25/13 | Email from Ms. Crouse re: Application to Employ. | 0.10 | |
| 8/27/13 | Email to Ms. Crouse re: Application to Employ. Email to Ms. Graham re: bank accounts, insurance, claims. Email from Ms. Graham re: coin collection. Receipt and review of valuation of household goods. | 0.70 | |
| 8/29/13 | Initial Debtor Interview. Meeting with clients. Email from Ms. Jacobs re: IDI information. Email from Ms. Crouse re: DIP Accounts. | 2.70 | |
| 8/30/13 | Emails from Ms. Graham re: bank accounts and mortgage payments. Emails to Ms. Graham re: same (5). Prepare and file Motion to Extend Time to file schedules. | 0.70 | |
| 9/3/13 | Telephone conference with Mr. Parron re: coin collection valuation and sale. Emails to/from Ms. Graham re: document requirements and gutter cleaning (4). | 0.70 | |

...

**C&P**

Mr. David Graham
Ms. Barbara Graham
March 20, 2014
Page 3
_____

| DATE | DESCRIPTION | TIME | AMOUNT |
|---|---|---|---|
| 9/4/13 | Email from/to Ms. Graham re: MORs, insurance and DIP account. Receipt and review of valuation of coin collection. | 0.50 | |
| 9/5/13 | Emails to/from Ms. Graham re: taxes (4). | 0.40 | |
| 9/6/13 | Emails to/from Ms. Graham re: taxes (3). | 0.30 | |
| 9/8/13 | Email from Ms. Graham re: MORs. | 0.10 | |
| 9/9/13 | Telephone conference with Mr. Guy re: tax returns and DDE. Emails to/from Ms. Graham re: taxes and MORs (3). | 0.80 | |
| 9/10/13 | Email from Ms. Graham re: DDE. | 0.10 | |
| 9/11/13 | Email from Ms. Crouse re: Schedules. Telephone conference with Ms. Crouse re: schedules. Email from Ms. Jacobs re: Meeting of Creditors. Emails from Ms. Graham re: MORs. | 0.70 | |
| 9/12/13 | Emails to/from Ms. Graham re: accountant (3). | 0.30 | |
| 9/13/13 | Emails to/from Mr. Shach, Ms. Crouse and Ms. Graham re: schedules, rescheduling of the Meeting of Creditors and sale of property (8). Prepare and file Second Motion to Extend Time to file Schedules. | 1.00 | |
| 9/16/13 | Emails from Ms. Jacobs re: documents (2). Meeting with Ms. Crouse re: email. Continuation of Meeting of Creditors. Meeting with clients. Emails from Ms. Graham re: documents and realtor (4). Letter to clients re: rescheduled 341. | 2.80 | |
| 9/17/13 | Email from Ms. Graham re: rental income. Email from Ms. Graham re: documents. Email from Ms. Graham re: insurance. | 0.30 | |

C&P

Mr. David Graham
Ms. Barbara Graham
March 20, 2014
Page 4
_____

| DATE | DESCRIPTION | TIME | AMOUNT |
|---|---|---|---|
| 9/18/13 | Email from Ms. Graham re: properties. | 0.10 | |
| 9/19/13 | Telephone conference with clients to review schedules. Email to Ms. Jacobs re: Mervell Dean property. Emails to/from Ms. Graham re: insurance (3). Email from Ms. Graham re: rental income. Email to/from Ms. Jacobs re: Schedule A. Draft Notice to Creditors Whose Claims are Disputed. Email from Ms. Graham re: listing of real estate. | 3.50 | |
| 9/20/13 | Emails from Ms. Graham re: Schedules and document signing, SoFA and Schedule F (3). | 0.30 | |
| 9/21/13 | Email from Ms. Graham re: Schedule J. | 0.10 | |
| 9/23/13 | Emails to/from Ms. Graham re: schedules, Form B-26, noticees and Four G Farm (6). | 0.60 | |
| 9/24/13 | Prepare Form B-26. Emails to/from James Graham and Ms. Graham. | 1.30 | |
| 9/26/13 | Email to/from Ms. Graham re: accountant. Email from Ms. Jacobs re: documents. | 0.30 | |
| 9/27/13 | Email from Ms. Graham re: bank accounts. Email from Ms. Graham re: listing. | 0.20 | |
| 10/4/13 | Emails from/to Mr. Vetter re: Meeting of Creditors. Emails to Ms. Graham re: Meeting of Creditors and bank accounts. | 0.40 | |
| 10/5/13 | Email from Ms. Graham re: Meeting of Creditors. | 0.10 | |
| 10/6/13 | Email from Mr. Vetter re: Meeting of Creditors. | 0.10 | |
| 10/7/13 | Emails to/from Mr. Vetter and Mr. Shach re: Meeting of Creditors (7). Emails to/from Ms. Graham re: Bill of Sale (3). Draft Bill of Sale. | 1.30 | |

C&P

Mr. David Graham
Ms. Barbara Graham
March 20, 2014
Page 5
_____

| DATE | DESCRIPTION | TIME | AMOUNT |
|---|---|---|---|
| 10/8/13 | Emails to/from Ms. Jacobs and Ms. Graham re: documents. | 0.20 | |
| 10/9/13 | Emails to/from Ms. Graham re: tenant deposit. | 0.20 | |
| 10/22/13 | Emails to/from Ms. Graham re: plan payments (3). | 0.30 | |
| 10/28/13 | Emails to Ms. Graham re: accountant and payment of liens (3). | 0.30 | |
| 10/29/13 | Prepare and file Application to Employ Mark Laubach, Realtor. | 1.00 | |
| 10/31/13 | Emails to/from Ms. Jacobs and Ms. Graham re: documents. | 0.20 | |
| 11/4/13 | Meeting of Creditors. Meeting with clients. Telephone conference with banks re: closure of account and garnishments. Meeting with clients to prepare for 341. Prepare and file Amended Schedule B. Email to Ms. Crouse. | 3.20 | |
| 11/5/13 | Obtain documents requested by UST. Emails to/from Ms. Graham re: properties and coin collection. Email to Ms. Graham re: documents needed by Ms. Crouse. Emails to/from Ms. Graham re: management contract. Review management contract. Email to Ms. Crouse with management contract. Pull SDAT entity records for DDE, Inc. and Four G Farm, LLC. Email to Ms. Crouse with SDAT Entity records. Email to Ms. Crouse re: Notice to Creditors Whose Claims are Disputed. Emails to/from Ms. Graham re: documents. Email from Ms. Graham re: bank statements. | 5.30 | |

C&P

Mr. David Graham
Ms. Barbara Graham
March 20, 2014
Page 6
_____

| DATE | DESCRIPTION | TIME | AMOUNT |
|---|---|---|---|
| 11/6/13 | Emails to/from Ms. Graham re: documents needed by Ms. Crouse (7). Emails from Ms. Graham with Four G Farms 2011 and 2012 tax return. Review same. Email from Ms. Graham re: property liens. Email from Ms. Graham re: property taxes. Email from Ms. Graham re: trusts. | 1.20 | |
| 11/7/13 | Emails to/from Ms. Graham re: Wave Runner with documents (3). Review same. Emails from Ms. Graham re: DDE bank statements (4). Review same. Emails from Ms. Graham re: Four G Farms bank statements (2). Review same. Email from Ms. Graham re: emails. Email to/from Ms. Graham re: documents needed by Ms. Crouse. Email to/from Ms. Graham re: schedules. Email to Ms. Crouse with DDE and Four G Farms bank statements. | 1.90 | |
| 11/8/13 | Emails to Ms. Crouse with DDE and Four G Farms bank statements and Wave Runner information. Emails to/from Ms. Graham re: HUD-1s. | 0.60 | |
| 11/12/13 | Email from Ms. Jacobs re: documents. | 0.10 | |
| 11/13/13 | Email from Ms. Graham re: documents. Email from Ms. Graham re: HUD-1s. Email from Ms. Graham re: Promissory Note. | 0.30 | |
| 11/14/13 | Emails to/from Ms. Graham re: documents (4). Email from Ms. Graham re: HUD-1s. Email to Ms. Crouse re: HUD-1s. | 0.50 | |
| 11/15/13 | Email from Ms. Graham re: Statement of Financial Affairs and documents. | 0.10 | |

**C**&P

Mr. David Graham
Ms. Barbara Graham
March 20, 2014
Page 7
_____

| DATE | DESCRIPTION | TIME | AMOUNT |
|---|---|---|---|
| 1/16/13 | Email to Ms. Crouse re: HUD-1s. Email to Ms. Crouse re: Promissory Note. Email to Jennifer re: documents. | 0.30 | |
| 11/18/13 | Email from Ms. Graham re: property taxes. | 0.10 | |
| 11/20/13 | Emails to Ms. Crouse re: HUD-1s, DDE bank statements, Four G Farms bank statements and property taxes. Emails to Ms. Graham re: B22, revocable trusts and property taxes. Receipt and review of Order Granting in Part Application to Employ. | 0.80 | |
| 11/25/13 | Telephone conference with Mr. Schach re: game plan for case. Email from Ms. Graham re: Mervell Dean Road property. | 0.40 | |
| 12/4/13 | Analyze coin collection valuation. Email to Ms. Crouse with valuation. Telephone conference with Mr. Parron re: Motion to Sell. Draft Motion to Sell. | 2.40 | |
| 12/5/13 | Telephone conference with Mr. Parron re: Motion to Sell. Revise Motion. Telephone conference with Ms. Graham re: coin collection. | 1.30 | |
| 12/10/13 | Telephone conference with Mr. Parron re: sale of coin collection. Finalize and file Motion to Sell. | 0.60 | |
| 12/12/13 | Review, redact and file MORs. Telephone conference with Mr. Graham re: UST email. Resend emails to UST. Email to/from Ms. Crouse re: email issues. | 1.50 | |
| 12/13/13 | Receipt and review of UST Motion to Dismiss or Convert. Email to Ms. Crouse re: Motion to Dismiss or Convert. | 0.30 | |

C&P

Mr. David Graham
Ms. Barbara Graham
March 20, 2014
Page 8
_____

| DATE | DESCRIPTION | TIME | AMOUNT |
|---|---|---|---|
| 12/15/13 | Emails to/from Ms. Graham re: Motion to Dismiss or Convert. | 0.20 | |
| 12/17/13 | Email from Ms. Graham re: flood insurance. Email from Ms. Jacobs re: MORs. | 0.30 | |
| 12/18/13 | Emails to/from Ms. Crouse re: Motion to Dismiss or Convert. Meeting with Ms. Crouse re: email issues. | 0.40 | |
| 12/19/13 | Email to Ms. Graham re: flood insurance. Email to Ms. Jacobs re: MORs. | 0.20 | |
| 12/20/13 | Telephone conference with Ms. Graham re: MORs and possible sale of property. | 0.30 | |
| 12/24/13 | Email from Ms. Graham re: MORs. Review same. | 1.60 | |
| 1/2/14 | Prepare and file Opposition to Motion to Dismiss or Convert. Email from Ms. Graham re: Deal Island property. | 0.60 | |
| 1/3/13 | Email from Ms. Graham re: Deal Island property. | 0.10 | |
| 1/6/14 | Review Objection to Motion to Sell from UST. Telephone conference with Ms. Graham and Mr. Parron re: UST objection to Motion to Sell. Prepare for hearing. Hearing. Telephone conference with Mr. Parron. Email from Ms. Graham re: MOR. | 2.20 | |
| 1/16/14 | Telephone conference with Mr. Laubauch re: status of sale of property. | 0.20 | |
| 1/17/14 | Email from Mr. Laubauch re: properties. Review property status in light of Laubauch email. Email to Ms. Crouse. | 1.00 | |
| 1/20/14 | Email to Ms. Graham re: properties. | 0.50 | |

C&P

Mr. David Graham
Ms. Barbara Graham
March 20, 2014
Page 9
_____

| DATE | DESCRIPTION | TIME | AMOUNT |
|---|---|---|---|
| 1/23/14 | Telephone conference with Ms. Crouse re: hearing. Email from Ms. Crouse re: hearing. | 0.30 | |
| 1/24/14 | Telephone conference with Mr. Hofmeister re: Old Line Bank issues. Email to Ms. Graham re: same. | 0.40 | |
| 1/28/14 | Email from Ms. Graham re: Community Bank. | 0.10 | |
| 2/4/14 | Revise and refile MORs. | 0.50 | |
| 2/5/14 | Emails to/from Ms. Crouse re: hearing (6). Telephone conference with chambers re: hearing on Motion to Sell. Prepare for hearing. Telephonic hearing before Court. | 1.10 | |
| 2/6/14 | Email to Ms. Crouse re: appraisal. | 0.10 | |
| 2/10/14 | Email from Mr. Laubauch re: property. Email to Ms. Crouse re: appraisal. Email from Ms. Jacobs re: MORs. | 0.30 | |
| 2/11/14 | Emails to/from Mr. Laubauch re: property (4). Email to Ms. Graham re: Motion to Sell (coins). | 0.50 | |
| 2/12/14 | Emails to/from Ms. Graham re: sale of coin collection. Emails to/from Mr. Laubauch re: property (3). | 0.50 | |
| 2/14/14 | Emails to/from Ms. Crouse re: coin collection. Telephone conference with clients and Mr. Schach re: sale of property. Email to client re: same. | 1.00 | |
| 2/24/14 | Telephone Conference with Mr. Hofmeister re: sale of Francine Court. Email to/from Mr. Laubauch re: sale of Francine Court. Review of proposed contract of sale. Telephone Conference with Brother-in-Law re: sale of West Virginia property. | 1.00 | |

C&P

C&P

Mr. David Graham
Ms. Barbara Graham
March 20, 2014
Page 10
_____

| DATE | DESCRIPTION | TIME | AMOUNT |
|---|---|---|---|
| 3/7/14 | Telephone Conference with Mr. Leavers re: sale of Francine Court. Emails to/from Ms. Leavers re: Old Line Bank notes and judgments and sale of Francine Court (8). | 1.10 | |
| 3/10/14 | Emails to/from Ms. Graham re: garnishment. Telephone Conferences with Ms. Collins re: same (2). | 0.80 | |
| 3/12/14 | Email from Mr. Leavers re: Francine Court. | 0.10 | |
| 3/13/14 | Emails to/from Ms. Graham re: garnishment. Telephone Conference with Ms. Collins. Telephone Conference with Ms. Graham re: tax sale issues and garnishment. Telephone Conference with Mr. Parron re: Order and transfer of coin collection. | 0.90 | |
| 3/14/14 | Emails to/from Mr. Leavers re: Francine Court. Email from Ms. Graham re: garnishment. Telephone Conference with Mr. Leavers re: property liens; sale of Francine Court; sale of claim to Wilmington Trust Company; Proofs of Claim; payoffs. | 0.90 | |
| 3/19/14 | Email to PNC Bank re: Motion to Sell Free and Clear of Liens. Email to Mr. Leavers re: balances owed Old Line Bank. Telephone Conference with Ms. Graham re: email and Motion to Sell. Telephone Conference with PNC Bank re: Motion to Sell. | 1.10 | |
| | **Total professional services rendered:** | | |
| | Brett Weiss (@ $495.00/hour) | 74.70 | $36,976.50 |
| | *Costs and expenses:* | | |
| | Copies (1,536 @ $ 0.25) | | $384.00 |
| | Facsimile (172 @ $ 0.75) | | $129.00 |



Mr. David Graham
Ms. Barbara Graham
March 20, 2014
Page 11

_____

| DATE | DESCRIPTION | TIME | AMOUNT |
|---|---|---|---|
| | Postage | $44.62 | $557.62 |
| 8/16/13 | Fee retainer received | | $2,767.00 |
| | **TOTAL AMOUNT OF THIS BILL:** | | **$37,534.12** |