B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Maryland

In re: **David F Graham, Barbara D Graham**, Debtors

Case No. **13-23995**
Chapter **11**

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | 2,423,000.00 | | |
| B - Personal Property | Yes | 4 | 100,346.99 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | 1,784,761.89 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | 162,772.71 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 13,820.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 19,663.12 |
| Total Number of Sheets of ALL Schedules | | 22 | | | |
| Total Assets | | | 2,523,346.99 | | |
| Total Liabilities | | | | 1,947,534.60 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Maryland

In re  **David F Graham,**
       **Barbara D Graham**,
                                           Debtors

Case No. __13-23995__

Chapter __11__

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re   **David F Graham,**
       **Barbara D Graham**
       _____,
                            Debtors

Case No.  **13-23995**

# SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."  If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---:|---:|
| **12940 Rousby Hall Road**<br>**Lusby, Maryland 20657**<br>**Calvert County** | **Tenants in Common** | **J** | 185,000.00 | 119,394.24 |
| **12543 Sagebrush Drive**<br>**Lusby, Maryland 20657**<br>**Calvert County** | **Tenants in Common** | **J** | 243,000.00 | 158,280.38 |
| **20270 Michelle Drive**<br>**Great Mills, Maryland 20634**<br>**St. Mary's County** | **Tenants in Common** | **J** | 306,000.00 | 306,096.89 |
| **23531 Mervell Dean Road**<br>**Hollywood, Maryland 20636**<br>**St. Mary's County** | **Tenants by the Entireties** | **J** | 254,000.00 | 7,098.48 |
| **42279 Brook Manor Road**<br>**Mechanicsville, Maryland 20659**<br>**St. Mary's County**<br><br>**Debtors' residence** | **Tenants in Common** | **J** | 369,000.00 | 167,329.73 |
| **47350 Francine Court**<br>**Park Hall, Maryland**<br>**St. Mary's County** | **Tenants in Common** | **J** | 380,000.00 | 22,186.21 |
| **49834 Cedar Lane**<br>**Dameron, Maryland 20653**<br>**St. Mary's County** | **Tenants in Common** | **J** | 599,000.00 | 87,369.37 |
| **Deale Island Road (raw land)**<br>**Chance, Maryland 21821**<br>**Sommerset County** | **Tenants by the Entireties** | **J** | 20,000.00 | 0.00 |
| **Cotton Hope II (Condominium)**<br>**155 Dillon Road**<br>**Hilton Head Island, South Carolina 29926** | **Tenants by the Entireties** | **J** | 42,000.00 | 10,187.41 |

Sub-Total >    **2,398,000.00**    (Total of this page)

__1__   continuation sheets attached to the Schedule of Real Property

B6A (Official Form 6A) (12/07) - Cont.

In re  **David F Graham,**
       **Barbara D Graham**                                                    Case No.   **13-23995**
                                                          ,
                                               Debtors

## SCHEDULE A - REAL PROPERTY - AMENDED
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Raw land located in West Virginia Value shown is full market value without accounting for ownership interest.** | **50% interest as tenant in common with Norman E. Dove** | - | **25,000.00** | **0.00** |

|  |  |
|---|---|
| Sub-Total > | **25,000.00**  (Total of this page) |
| Total > | **2,423,000.00** |

(Report also on Summary of Schedules)

Sheet   **1**   of   **1**   continuation sheets attached to the Schedule of Real Property

B6D (Official Form 6D) (12/07)

In re   **David F Graham,**　　　　　　　　　　　　　　　　　　　　　　　Case No.   **13-23995**
　　　　**Barbara D Graham**
　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx6477**　　　　　　　　　　**Ally Dealer Services**　PO Box 380905　Minneapolis, MN 55438-0905 | | J | **Auto Loan**　**2008 Chevrolet Suburban (73,000 miles)**　　　Value $　　**15,000.00** | | | | **10,237.92** | **0.00** |
| Account No. **xxxxx7459**　　　　　　　　　　**Bank Of America, N.A.**　450 American St　Simi Valley, CA 93065-6285 | | J | **Servicer of First Mortgage/Deed of Trust for unknown holder**　**12543 Sagebrush Drive**　**Lusby, Maryland 20657**　**Calvert County**　Value $　　**243,000.00** | | | | **158,280.38** | **0.00** |
| Account No.　　　　　　　　　　**Calvert County**　175 Main st.　PO Box 2909　Prince Frederick, MD 20678 | | J | **Property Taxes**　**12940 Rousby Hall Road**　**Lusby, Maryland 20657**　**Calvert County**　Value $　　**185,000.00** | | | | **2,035.80** | **0.00** |
| Account No. **xxxxxx7378**　　　　　　　　　　**Indy Mac Savings Bank**　6900 Beatrice Dr　Kalamazoo, MI 49009-9559 | | J | **Servicer of First Mortgage/Deed of Trust for unknown holder**　**20270 Michelle Drive**　**Great Mills, Maryland 20634**　**St. Mary's County**　Value $　　**306,000.00** | | | | **306,096.89** | **96.89** |

　**3**　 continuation sheets attached　　　　　　　　　　　　　　　　　Subtotal　　　**476,650.99**　　**96.89**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Total of this page)

B6D (Official Form 6D) (12/07) - Cont.

In re   **David F Graham,**  
       **Barbara D Graham**  
                          Debtors

Case No. __13-23995__

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx9696**<br><br>**Nationstar Mortgage, LLC**<br>**350 Highland Drive**<br>**Lewisville, TX 75067** | X | - | **Servicer of First Mortgage/Deed of Trust for unknown holder**<br><br>**23507 Mervell Dean Road**<br>**Hollywood, Maryland 20636**<br>**Property is in the name of DDE, Inc. (transferred 3/23/84 from Debtors)**<br><br>Value $      0.00 | | | | 21,848.12 | 21,848.12 |
| Account No. **xxxxxx4758**<br><br>**Old Line Bank**<br>**PO Box 248**<br>**Waldorf, MD 20604** | | J | **Judgment Lien**<br><br>**Judgment Lien on all properties in St. Mary's county, Case No. 18C11000626, Judgment Date 5/9/11**<br><br>Value $      369,000.00 | | | | 126,196.21 | 0.00 |
| Account No.<br><br>**James J. Gorney, Esq.**<br>**PO Box 386**<br>**La Plata, MD 20646** | | | **Old Line Bank**<br><br>Value $ | | | | Notice Only | |
| Account No. **xxxxxx2762**<br><br>**Old Line Bank**<br>**PO Box 248**<br>**Waldorf, MD 20604** | | J | **Servicer of First Mortgage/Deed of Trust for unknown holder**<br><br>**47350 Francine Court**<br>**Park Hall, Maryland**<br>**St. Mary's County**<br><br>Value $      380,000.00 | | | | 19,020.94 | 0.00 |
| Account No. **xxxxxx5661**<br><br>**Old Line Bank**<br>**PO Box 248**<br>**Waldorf, MD 20604** | | J | **Servicer of First Mortgage/Deed of Trust for unknown holder**<br><br>**12940 Rousby Hall Road**<br>**49834 Cedar Lane**<br><br>Value $      185,000.00 | | | | 117,358.44 | 0.00 |

Sheet __1__ of __3__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)      284,423.71      21,848.12

B6D (Official Form 6D) (12/07) - Cont.

In re **David F Graham,**
**Barbara D Graham**
_____,
Debtors

Case No. **13-23995**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Old Line Bank**<br>**PO Box 248**<br>**Waldorf, MD 20604** | | J | **Judgment Lien**<br><br>**Judgment Lien on all properties in St. Mary's county, Case No. 18C11000627, Judgment Date 5/9/11**<br><br>Value $     0.00 | | | | 41,149.83 | 41,149.83 |
| Account No.<br><br>**PNC Bank**<br>**2730 Liberty Ave**<br>**Pittsburgh, PA 15222-4704** | X | J | **Judgment Lien**<br><br>**Judgment Lien on all properties in St. Mary's county, , Case No. 18C12000397, Judgment Date 3/19/12**<br><br>Value $   Unknown | | | | 833,583.31 | Unknown |
| Account No.<br><br>**Weinstock Friedman and Friedman**<br>**4 Research Circle**<br>**Pikesville, MD 21208** | | | **PNC Bank**<br><br>Value $ | | | | Notice Only | |
| Account No. **xxxx7028**<br><br>**PNC Bank**<br>**2730 Liberty Ave**<br>**Pittsburgh, PA 15222-4704** | | J | **Servicer of First Mortgage/Deed of Trust for unknown holder**<br><br>**49834 Cedar Lane**<br>**Dameron, Maryland 20653**<br>**St. Mary's County**<br><br>Value $   599,000.00 | | | | 74,026.77 | 0.00 |
| Account No. **xxxxxx3818**<br><br>**PNC Mortgage**<br>**PO Box 747014**<br>**Pittsburgh, PA 15274-7014** | | J | **Servicer of First Mortgage/Deed of Trust for unknown holder**<br><br>**42279 Brook Manor Road**<br>**Mechanicsville, Maryland 20659**<br>**St. Mary's County**<br><br>**Debtors' residence**<br><br>Value $   369,000.00 | | | | 41,133.52 | 0.00 |

Sheet __2__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)    989,893.43    41,149.83

B6D (Official Form 6D) (12/07) - Cont.

In re  **David F Graham,**
       **Barbara D Graham**
                                                      , Case No. __**13-23995**__
                          Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**St. Mary's County**<br>**23150 Leonard Hall Dr.**<br>**Leonardtown, MD 20650** | | J | **2012**<br><br>**Property Taxes**<br><br>**23531 Mervell Dean Road**<br>**Hollywood, Maryland 20636**<br>**St. Mary's County**<br>Value $   254,000.00 | | | | **7,098.48** | **0.00** |
| Account No.<br><br>**St. Mary's County**<br>**23150 Leonard Hall Dr.**<br>**Leonardtown, MD 20650** | | J | **2012**<br><br>**Property Taxes**<br><br>**49834 Cedar Lane**<br>**Dameron, Maryland 20653**<br>**St. Mary's County**<br>Value $   599,000.00 | | | | **13,342.60** | **0.00** |
| Account No.<br><br>**St. Mary's County**<br>**23150 Leonard Hall Dr.**<br>**Leonardtown, MD 20650** | | J | **Property Taxes**<br><br>**47350 Francine Court**<br>**Park Hall, Maryland**<br>**St. Mary's County**<br><br>Value $   380,000.00 | | | | **3,165.27** | **0.00** |
| Account No. **xxxxxx4424**<br><br>**Sun Trust Bank**<br>**PO Box 85024**<br>**Richmond, VA 23285-5024** | | J | **Servicer of First Mortgage/Deed of Trust for unknown holder**<br><br>**Cotton Hope II (Condominium)**<br>**155 Dillon Road**<br>**Hilton Head Island, South Carolina 29926**<br>Value $   42,000.00 | | | | **10,187.41** | **0.00** |
| Account No. | | | Value $ | | | | | |

Sheet __3__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)   **33,793.76**   **0.00**

Total (Report on Summary of Schedules)   **1,784,761.89**   **63,094.84**

Case 13-23995    Doc 86    Filed 06/02/14    Page 9 of 10

B6H (Official Form 6H) (12/07)

In re  **David F Graham,**
       **Barbara D Graham**
       _____,
                                  Debtors

Case No. **13-23995**

# SCHEDULE H - CODEBTORS - AMENDED

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **DDE, Inc.**<br>**42279 Brook Manor Road**<br>**Mechanicsville, MD 20659** | **PNC Bank**<br>**2730 Liberty Ave**<br>**Pittsburgh, PA 15222-4704** |
| **DDE, Inc.**<br>**42279 Brook Manor Road**<br>**Mechanicsville, MD 20659** | **Nationstar Mortgage, LLC**<br>**350 Highland Drive**<br>**Lewisville, TX 75067** |
| **The Barbara D. Graham Revocable Trust**<br>**42279 Brook Manor Road**<br>**Mechanicsville, MD 20659** | **PNC Bank**<br>**2730 Liberty Ave**<br>**Pittsburgh, PA 15222-4704** |
| **The David F. Graham Revocable Trust**<br>**42279 Brook Manor Road**<br>**Mechanicsville, MD 20659** | **PNC Bank**<br>**2730 Liberty Ave**<br>**Pittsburgh, PA 15222-4704** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Maryland

In re: **David F Graham**, **Barbara D Graham**, Debtor(s)

Case No. **13-23995**
Chapter **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **24** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **June 2, 2014**     Signature **/s/ David F Graham**
**David F Graham**
Debtor

Date **June 2, 2014**     Signature **/s/ Barbara D Graham**
**Barbara D Graham**
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.